IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IKARA CHRISTIANA EARNESTINE
EUGENE VAGANTE DE ROSSITTE,
formerly known as
Christopher Eugene De Rossitte                                              PLAINTIFF

v.                                   Case No. 6:25-cv-6113

PAM BONDI,
United States Attorney General;
DAVID KNIGHT,
Department of Justice Attorney;
LINDSAY WALLACE,
Secretary of Department of Corrections;
DEXTER PAYNE,
Director of Division of Corrections;
WARDEN SHIPMAN;
JOHN DOES                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Ford recommends that this case be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 12) *in toto.* Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. Further, Plaintiff's three Motions for Injunctive Relief (ECF Nos. 6, 7, and 11) are **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 6th day of January, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge